IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ROSE MARIE TATUM TERRY<br><br>                Defendant. | 8:19-CR-161<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on Defendant's request for relief related to her pending deportation. *See* Filing 56. Defendant has already filed a similar request for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in a separate civil action. *See Petition for Writ of Habeas Corpus*, *Terry v. United States of America*, No. 8:20-CV-386 (D. Neb. Sept. 28, 2020), Filing 1. The Honorable Richard G. Kopf denied that request due to a lack of supporting allegations and failure to contest the arrest related to this case. *See Terry v. United States of America*, No. 8:20-CV-386, Filing 7. Furthermore, immigration court is the appropriate setting to address issues relating to Defendant's pending immigration case, and this Court lacks jurisdiction over such matters. For these reasons, the Court denies Defendant's motion.

IT IS ORDERED:

1. Defendant's Motion (Filing 56) is denied.

                                                                BY THE COURT:

                                                                Brian C. Buescher
                                                                United States District Judge