# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-3433

United States of America

Appellee

v.

Rose Marie Tatum Terry, also known as Jane Dixon, also known as Rose Marie Terry Laban

Appellant

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:19-cr-00161-BCB-1)
_____

**ORDER**

Appellant is directed to provide the court with a declaration under penalties of perjury or a notarized statement pursuant to Federal Rule of Appellate Procedure 4(c)(1)(A) stating the date in which the notice of appeal was deposited in the institution's internal mail system. The declaration is due by December 4, 2020.

November 20, 2020

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
            /s/ Michael E. Gans